**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**DAVID TRUXILLO**                                **CIVIL ACTION NO.  10-1887**

**VERSUS**                                        **SECTION "B" (5)**

**BAKER ENERGY RESOURCES**                        **JUDGE LEMELLE**
**CORPORATION, PALM ENERGY**
**GROUP, LLC, PALM ENERGY**                       **MAGISTRATE JUDGE CHASEZ**
**OFFSHORE, LLC, and PALM ENERGY**
**PARTNERS, LLC**

<u>**ORDER**</u>

Considering the foregoing Motion to Dismiss Case (Rec. Doc. No. 45),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all the claims asserted

by all parties in the above entitled and numbered civil action are hereby dismissed with

prejudice, with each party to pay his or its own costs.

New Orleans, Louisiana, this ____5th____ day of July, 2011.

_____
United States District Judge